# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TYRONE NOEL NUNN,

    Plaintiff,

v.

SOCIAL SECURITY,

    Defendant.

Case No. 2:24-cv-01963-NJK

**Order**

On March 7, 2025, the Court ordered Plaintiff to pay the filing fee or file a fully complete application to proceed *in forma pauperis* by April 7, 2025. Docket No. 6 at 2. The Court warned that "if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice." *Id.* Notwithstanding that warning, Plaintiff did not comply. *See* Docket.

This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

Accordingly, the Court **DISMISSES** this case without prejudice. The Clerk's Office is instructed to **CLOSE** this case.

Dated: April 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge